# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICKEY A. LANDOR

NO. 2019 KW 0659

AUG 19 2019

---

In Re:     Nickey A. Landor, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           423940.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                          PMc
                          JEW
                          GH

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT